# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| QUINCEY ROSSER | : | CIVIL ACTION |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | |
| MARK GARMAN, *et al.* | : | NO. 19-4309 |

## ORDER

**AND NOW**, this 1st day of July, 2021, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Response, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DISMISSED AND DENIED**, without an evidentiary hearing; and

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural and substantive dispositions of his claims. Consequently, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**.

                                                    **BY THE COURT**:

                                                    /s/ Jeffrey L. Schmehl
                                                    Jeffrey L. Schmehl, J.